# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| `Rendell, Marjorie O | USCA - 3CA - Philadelphia | 05/14/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Court Judge (Active) | ☐ Nomination, Date <br> ☐ Initial   ☒ Annual   ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2006 to 12/31/2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. Court of Appeals <br> 601 Market Street, Room 21613 <br> Philadelphia, PA 19106-1598 | Reviewing Offi _____ Date _____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Chair | Avenue of the Arts, Inc. |
| 2. Director | Regional Performing Arts Center |
| 3. Chair, Board of Overseers | School of Nursing, University of Pennsylvania |
| 4. Board member | Penn Medicine |
| 5. | |

RECEIVED 2007 MAY 15 P 2:09 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| `Rendell, Marjorie O | 05/14/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | Philadelphia Sports Media L.P. - TV Sports Commentator |
| 2. 2006 | Commonwealth of Pennsylvania - earnings for services as Governor |
| 3. 2006 | City of Philadelphia - pension |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Turnaround Management Association (TMA) | TMA Annual Conference, March 23 - 25, 2006, Phoenix, AZ (keynote speaker); hotel, air fare, ground transportation, meals |
| 2. | American Bankruptcy Institute (ABI) | ABI Conference, 4/20 23, 2006, Washington, D.C. (speaker - Judges Roundtable); train fare, taxi fares |
| 3. | National Association of Chapter Thirteen Trustees (NACTT) | NACTT Annual Meeting, June 29 - July 2, 2006, Denver, CO (speaker - BAPCAP Panel); hotel, air fare, ground transportation |
| 4. | National Conference of Bankruptcy Judges (NCBJ) | NCBJ Annual Conference, November 2 - 4, 2006, San Francisco, CA (speaker on two panels); hotel, air fare, ground transportation, meals |

| Name of Person Reporting | Date of Report |
| --- | --- |
| `Rendell, Marjorie O | 05/14/2007 |

5.

| Name of Person Reporting | Date of Report |
|---|---|
| `Rendell, Marjorie O | 05/14/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | honorary golf membership - See VIII | Torresdale-Frankford Country Club | $ 0.0 |
| 2. | honorary golf membership - See VIII | West Shore Country Club | $ 0.0 |
| 3. | honorary golf membership - See VIII | Blue Ridge Country Club | $ 0.0 |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Cape Savings Bank, Cape May, NJ | Construction/permanent loan on rental property | N |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| `Rendell, Marjorie O | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Schwab Adv Cash Reserv Prem & Cash | A | Dividend | J | T | | | | | |
| 2. Federated 1-3 year US Gov't Sec. | C | Dividend | M | T | | | | | |
| 3. Adams Harkness Sm. Cap | A | Dividend | J | T | Buy | 02/02 | J | | |
| 4. Brandywine | A | Dividend | L | T | | | | | |
| 5. DFA one year fixed | D | Dividend | M | T | | | | | |
| 6. DFA U.S. Micro Cap 9-10 Small (form. 9-10 Small) | B | Dividend | K | T | | | | | |
| 7. DFA US Large Cap Value | B | Dividend | L | T | PartSell | 08/02 | K | C | |
| 8. DFA Emerging Mkts Core Equity | A | Dividend | K | T | | | | | |
| 9. DFA Intl Value | B | Dividend | K | T | Buy | 10/26 | J | | |
| 10. DFA US Small Cap Value | C | Dividend | K | T | Buy | 10/26 | K | | |
| 11. Dodge & Cox stock | B | Dividend | K | T | PartSell | 08/02 | J | C | |
| 12. FAM Value | A | None | | | Sell | 08/02 | J | C | |
| 13. FAM Value | A | None | | | Sell | 10/26 | K | D | |
| 14. Fasciano | B | Dividend | K | T | | | | | |
| 15. First Eagle Overseas | B | Dividend | K | T | Buy | 08/02 | K | | |
| 16. Hotchkis & Wiley Large Cap Value | D | Dividend | L | T | | | | | |
| 17. Janus Fund | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| `Rendell, Marjorie O | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Janus Overseas Fund | A | Dividend | K | T | | | | | |
| 19. Royce Opportunity | B | Dividend | L | T | Part-Sell | 10/26 | K | E | |
| 20. Royce Value Plus | A | Dividend | K | T | Buy | 10/26 | K | | |
| 21. Morgan Stanley Emerging Mkts. | C | Dividend | K | T | | | | | |
| 22. Morgan Stanley Int's Equity | D | Dividend | L | T | | | | | |
| 23. William Blair Lg Cap Growth | A | Dividend | L | T | | | | | |
| 24. Hotchkis & Wiley Mid-Cap Value | C | Dividend | L | T | | | | | |
| 25. Stoneridge Small Cap | A | Dividend | K | T | Part Sell | 02/02 | J | A | |
| 26. Third Avenue Intl Value | D | Dividend | K | T | Buy | 08/02 | J | | |
| 27. Thornburg Intl Value | B | Dividend | J | T | Buy | 08/02 | J | | |
| 28. Westcore Intl Frontier | A | Dividend | K | T | | | | | |
| 29. Julius Baer Int'l Equity | C | Dividend | K | T | | | | | |
| 30. Westcore Mid-Cap Oppty Fd | B | Dividend | L | T | | | | | |
| 31. Westcore MIDCO Growth | D | Dividend | K | T | | | | | |
| 32. Schwab Adv Cash Reserv Prem & Cash (form MM &cash) | A | Dividend | J | T | | | | | |
| 33. FirstEagle SoGen Global Class I (form. SoGen Int'l) | C | Dividend | K | T | | | | | |
| 34. William Blair Growth | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| `Rendell, Marjorie O | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Thornberg Value Fund | A | Dividend | J | T | | | | | |
| 36. Schwab Adv Cash Reserv Prem & Cash | A | Dividend | J | T | | | | | |
| 37. DFA Emerging Markets Core Equity | A | Dividend | J | T | | | | | |
| 38. DFA Emerging Markets Core Equity | A | Dividend | J | T | Buy | 08/02 | J | | |
| 39. Hotchkis & Wiley Large Cap Value | A | Dividend | K | T | | | | | |
| 40. Federated 1-3 Yr. U.S. Gov't Sec. | B | Dividend | K | T | | | | | |
| 41. Julius Baer Int'l Equity Fund | B | Dividend | K | T | | | | | |
| 42. Morgan Stanley Int'l Equity | B | Dividend | J | T | | | | | |
| 43. Neuberger Berman Fasciano Fund | A | Dividend | J | T | Buy | 08/02 | J | | |
| 44. Royce Opportunity Fund | A | Dividend | J | T | Part Sell | 08/02 | J | B | |
| 45. Third Ave Intl Value | A | Dividend | J | T | | | | | |
| 46. Westcore Mid Cap Opportunity | A | Dividend | K | T | | | | | |
| 47. Westcore Growth | A | Dividend | J | T | | | | | |
| 48. Westcore Midco Growth | B | Dividend | J | T | | | | | |
| 49. Schwab Adv Cash Reserv Prem & Cash (form MM &Cash) | A | Dividend | J | T | | | | | |
| 50. Brandywine Fund | A | Dividend | J | T | | | | | |
| 51. Stoneridge Small Cap | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| `Rendell, Marjorie O | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Dodge & Cox stock | B | Dividend | K | T | | | | | |
| 53. Morgan Stanley Int'l Equity | B | Dividend | J | T | | | | | |
| 54. Beckman Coulter | A | Dividend | K | T | | | | | |
| 55. Coca Cola | A | Dividend | K | T | | | | | |
| 56. Federal Nat'l Mortgage Assoc. | A | Dividend | K | T | | | | | |
| 57. General Electric - common stock | B | Dividend | L | T | | | | | |
| 58. McDonalds Corp. | A | Dividend | K | T | Gift | 11/17 | J | | Gift |
| 59. GlaxoSmithKline (form. SmithKlineBeecham) | B | Dividend | L | T | | | | | |
| 60. Wal-Mart Stores, Inc. | A | Dividend | K | T | | | | | |
| 61. Baron Growth | C | Dividend | L | T | PartSell | 10/18 | J | C | |
| 62. Brandywine | A | Dividend | K | T | | | | | |
| 63. DFA Emerging Markets Core Equity | A | Dividend | K | T | | | | | |
| 64. DFA Tax Managed Intl Value | B | Dividend | K | T | Buy | 10/18 | J | | |
| 65. DFA Tax Managed Intl Value | B | Dividend | K | T | Buy | 08/02 | K | | |
| 66. DFA Tax Mgd US Small Cap Value (form. 5-10 Value) | A | Dividend | K | T | Part Sell | 08/02 | J | D | |
| 67. DFA Tax Mgd US Mktwide Value | A | Dividend | K | T | | | | | |
| 68. DFA US Micro Cap (form. 9-10 Micro | B | Dividend | K | T | Part Sell | 10/18 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| `Rendell, Marjorie O | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Dodge & Cox Stock | B | Dividend | K | T | Part Sell | 10/18 | J | C | |
| 70. Dodge & Cox Stock | B | Dividend | K | T | Part Sell | 08/02 | J | C | |
| 71. First Eagle Overseas CL1 | B | Dividend | K | T | | | | | |
| 72. Hitchkis & Wiley Large Cap Value | B | Dividend · | K | T | | | | | |
| 73. Janus Fund | A | Dividend | K | T | | | | | |
| 74. Janus Mid Cap Value | B | Dividend | K | T | | | | | |
| 75. Janus Overseas Fund | B | Dividend | K | T | | | | | |
| 76. Julius Baer Intl Equity | C | Dividend | K | T | | | | | |
| 77. Morgan Stanley Int'l Equity | D | Dividend | K | T | | | | | |
| 78. NB Fasciano Fund | A | Dividend | J | T | | | | | |
| 79. Royce Opportunity Fund | C | Dividend | K | T | | | | | |
| 80. Schwab Money Market & Cash | A | Dividend | J | T | | | | | |
| 81. Sound Shore | D | Dividend | L | T | | | | | |
| 82. Third Avenue Intl Value | C | Dividend | K | T | | | | | |
| 83. Westcore Midco Growth | D | Dividend | K | T | | | | | |
| 84. Westcore Growth Fund | A | Dividend | K | T | | | | | |
| 85. Westcore Intl Frontier Fund | A | Dividend | J | T | Buy | 10/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| `Rendell, Marjorie O | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. William Blair Large Cap Growth | A | Dividend | K | T | | | | | |
| 87. 86. Federated Short Term Muni Bond Fund | C | Dividend | M | T | | | | | |
| 88. Shroder ST Muni Bond Fund | D | Dividend | M | T | | | | | |
| 89. DuPont - common stock | A | Dividend | J | T | | | | | |
| 90. DFA Tax Mgd U.S. 5-10 Value | A | Dividend | J | T | PartSell | 04/19 | J | B | |
| 91. Dodge & Cox Stock | A | Dividend | J | T | Part Sell | 04/19 | J | A | |
| 92. Janus Overseas Fund | A | Dividend | J | T | | | | | |
| 93. Fasciano | A | Dividend | J | T | Part Sell | 04/19 | J | A | |
| 94. First Eagle SoGen Global Class I (form SoGen Int'l) | B | Dividend | J | T | | | | | |
| 95. Sound Shore | A | Dividend | J | T | | | | | |
| 96. Schwab Money Market Fund | A | Dividend | J | T | | | | | |
| 97. Westcore Growth Fund | A | Dividend | J | T | | | | | |
| 98. Rental property in Ocean City, NJ (2000 - $645,000) | E | Rent | O | R | | | | | |
| 99. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part V. GIFTS

Honorary golf memberships with Torresdale-Frankford Country Club, West Shore Country Club, and Blue Ridge Country Club: If I were to become a member of these clubs, I am certain that initial fees and ongoing fees would be several thousands of dollars; however, I use these memberships infrequently, and estimate the value to me, based on use, to be less than a thousand dollars.

Part VII. INVESTMENTS and TRUSTS

GIFTS - Item at line 58 was a contribution to the ████████████ Fund (managed by the Schwab Fund for Charitable Giving).

| Name of Person Reporting | Date of Report |
|---|---|
| `Rendell, Marjorie O | 05/14/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date_____5|12(07_____

NOTE: ANY INDIV[                    ]ES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544